# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**WILLIE FRANK WHITEHEAD, JR.,**

    **Plaintiff,**

v.                                **Case No. 4:19cv170-MW/HTC**

**FLORIDA SECRETARY OF STATE,**
**et al.,**

    **Defendants.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's motion to proceed in forma pauperis, ECF No. 5, is **DENIED**. This case is **DISMISSED** without prejudice." The Clerk shall close the file.

**SO ORDERED on June 28, 2019.**

                                                  **s/ MARK E. WALKER**
                                                  **Chief United States District Judge**